STATE OF NORTH CAROLINA v. WILSON JUNIOR DOSS

No. 7322SC250

(Filed 23 May 1973)

**Criminal Law § 23— voluntariness of guilty plea**

Defendant's guilty plea was entered freely, voluntarily and understandingly.

---

State v. Doss

---

APPEAL by defendant from *Long, Judge,* 30 October 1972 Session of Superior Court held in DAVIDSON County.

Defendant entered pleas of guilty to (1) a felonious assault, (2) malicious damage to personal property, and (3) discharging a firearm into an occupied vehicle.

After hearing the evidence in each case, judgment was entered in the felonious assault case and the malicious damage to personal property case. The sentence in these two cases was suspended and defendant placed on probation. Thereafter, judgment of confinement for a period of two to four years was entered in the discharging a firearm into an occupied vehicle case.

Defendant appealed the judgment imposing the active sentence.

*Attorney General Morgan, by Associate Attorney Reed, for the State.*

*Michael D. Lea for the defendant.*

BROCK, Judge.

Defendant's plea of guilty was found, upon plenary competent evidence, to have been freely, voluntarily and understandingly entered. The bill of indictment was proper in form, and the sentence imposed is within the statutory limits. Defendant has been represented by counsel appointed by the court, and the expense of trial and this appeal are to be paid by the State. We find **no error.**

No error.

Judges MORRIS and VAUGHN concur.